In re MEYER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Leopold A. Meyer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 380.

---

MEYER, Respondent, v. LAWYERS' TITLE INS. & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Henry Meyer against the Lawyers' Title Insurance & Trust Company. No opinion. Judgment and order affirmed, with costs.

---

MEYER et al. v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Isaac S. Meyer and others against Alfred H. Smith and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MIGEL et al. v. HELLER, HIRSH & CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Moses Migel and others, as executors, against Heller, Hirsh & Co. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MILLER, Respondent, v. CLARY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Josiah T. Miller against Thomas J. Clary and others. No opinion. Judgment and order affirmed, with costs, upon the opinion of Clark, J., delivered at Special Term. 127 N. Y. Supp. 897.

---

MILLIKEN, Appellant, v. CARUSO, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Conrad Milliken, as trustee, etc., against Enrico Caruso. I. B. Louis, for appellant. E. E. Wise, for respondent.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

INGRAHAM, P. J., dissents on the authority of Southworth, as Trustee, etc., v. Morgen, 143 App. Div. 648, 128 N. Y. Supp. 196. Order filed.

---

MILLIKEN v. CARUSO. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Conrad Milliken against Enrico Caruso. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

MILNIS, Appellant, v. CORNELL, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Mamie Milnis against Robert C. Cornell. M. Hillquit, for appellant. C. L. Barber, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MOEHS et al., Respondents, v. SHULOF, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Rudolph Moehs and others against Herman H. Shulof. L. M. Wallstein, for appellant. W. B. Devoe, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MONNOT et al., Respondents, v. HUSSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by John F. Monnot and others, by Louise E. Monnot, their guardian, against Joseph Husson. No opinion. Motion granted, without costs, and motion set down for argument November 13, 1911. See, also, 129 App. Div. 928, 113 N. Y. Supp. 1139; 130 App. Div. 885, 114 N. Y. Supp. 1138.

---

MORAN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, October 20, 1911.) Action by Abraham Moran against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MORAN, Respondent, v. O'ROURKE ENGINEERING & CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Patrick Moran against the O'Rourke Engineering & Construction Company. No opinion. Motions denied, without costs. See, also, 130 N. Y. Supp. 1122.

---

MORRIS, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Rosalind Morris against Adrian N. Joline and others. J. Montgomery, for appellants. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MORRIS, Respondent, v. MITTENTHAL BROS. AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Joe Morris against the Mittenthal Bros. Amusement Company. E. Potter, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MORRISON et al., Respondents, v. HURTIG & SEAMON, Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Charles P. Morrison and others against Hurtig & Seamon. G. E. Joseph, for appellants. A. J. Shipman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 880, 114 N. Y. Supp. 1138.

---

MORRISON et al. v. HURTIG & SEAMON. (Supreme Court, Appellate Division, First De-